| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WINGROVE ROBINSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:16-cv-500 |
| RAINTREE TOWER APARTMENTS, et al., | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The court has received and considered the report and recommendation (Doc. No. 17) of the magistrate judge, which recommends that the court deny Plaintiff's motion for default judgment. No objections were filed, and the time for so doing has passed. The court has performed its own *de novo* review of the report and recommendation, and finds that the magistrate judge's conclusion is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 17) is **ADOPTED**. The Plaintiff's motion for default judgment (Doc. No. 15) is **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of May, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE