| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

WINGROVE ROBINSON, §
§
    Plaintiff, §
§
v. §    CIVIL ACTION NO. 1:16-cv-500
§
RAINTREE TOWER APARTMENTS, §
et al., §
§
    Defendants. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation (Doc. No. 22) of the magistrate judge, which recommends that the court dismiss Plaintiff Wingrove Robinson's complaint for failure to prosecute and failure to comply with a court order. Specifically, Robinson failed to conduct the mandatory Rule 26(f) attorney conference with opposing counsel, and did not appear before the magistrate judge for a case management conference, as ordered.

The court has reviewed Robinson's "Motion for Reconsideration for Non-Dispositive Matters" (Doc. No. 24). Because Robinson is proceeding *pro se*, the court liberally construes the motion as an objection to the magistrate judge's report and recommendation. The court finds that Robinson's objections do not address either basis for dismissal—failure to prosecute or failure to comply with a court order—and accordingly concludes that his objections are without merit. The court's own *de novo* review of the report and recommendation finds that the magistrate judge's conclusion is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 22) is **ADOPTED**. Robinson's complaint is **DISMISSED** without prejudice, in accordance

with Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this case.

SIGNED at Beaumont, Texas, this 18th day of June, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE